## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **MAUREEN TOFFOLONI,** | ) | |
| as Administrator and Personal | ) | |
| Representative of the ESTATE | ) | |
| OF NANCY E. BENOIT, | ) | |
| | ) | CASE NO. 1:08-cv-00421-TWT |
| Plaintiff, | ) | |
| | ) | |
| vs. | **)** | |
| | ) | |
| **LFP PUBLISHING GROUP, LLC,** | ) | |
| d/b/a Hustler Magazine, et al, | ) | |
| | ) | |
| Defendant. | ) | |

### (PROPOSED) ORDER

Having considered the parties' JOINT CONSENT MOTION FOR ENTRY

OF ORDER EXTENDING DISCOVERY DEADLINE, and for the good cause

shown, the motion is hereby GRANTED.

It is hereby ORDERED that the discovery deadline is extended until

April 26, 2010.

So ORDERED this _____ day of _____ 2010.

_____
Hon. Thomas W. Thrash, Jr.
United States District Judge