# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MAUREEN TOFFOLONI,** ) | |
| as Administrator and Personal ) | |
| Representative of the ESTATE ) | |
| OF NANCY E. BENOIT, ) | |
| ) | CASE NO. 1:08-cv-00421-TWT |
| Plaintiff, ) | |
| ) | |
| vs. **)** | |
| ) | |
| **LFP PUBLISHING GROUP, LLC,** ) | |
| d/b/a Hustler Magazine, et al, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND

COME NOW Plaintiff and Defendant LFP Publishing Group, LLC ("LFP")

and hereby stipulate and agree that LFP shall have through and including

February 8, 2010, to answer and respond to Plaintiff's Second Continuing

Interrogatories to Defendant and Plaintiff's Second Request for Production of

Documents to Defendant.

Respectfully submitted this 21st day of January 2010.

/s/ Richard P. Decker
Richard P. Decker
Georgia Bar No. 215600
F. Edwin Hallman, Jr.
Georgia Bar No. 319800
Richard A. Wingate
Georgia Bar No. 770617
Zachary M. Wilson III
Georgia Bar No. 559581

HALLMAN & WINGATE, LLC
166 Anderson Street, S.E.
Suite 210
Marietta, GA  30060
(404) 588-2530

Attorneys for Maureen Toffoloni

/s/ Darrell J. Solomon
James C. Rawls
Georgia Bar No. 596050
Barry J. Armstrong
Georgia Bar No. 022055
S. Derek Bauer
Georgia Bar No. 042537
Darrell J. Solomon
Georgia Bar No. 305922

McKENNA LONG & ALDRIDGE
LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA  30308
(404) 527-4000
(404) 527-4198 (facsimile)

*Pro hac vice*:
Paul J. Cambria, Jr.
Jeffrey Reina
William M. Feigenbaum

LIPSITZ GREEN SCIME CAMBRIA
LLP
42 Delaware Avenue, Suite 120
Buffalo, NY  14202-3924
(716) 849-1333
(716) 849-1315 (facsimile)

Attorneys for LFP Publishing Group,
LLC

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **MAUREEN TOFFOLONI,** | ) | |
| as Administrator and Personal | ) | |
| Representative of the ESTATE | ) | |
| OF NANCY E. BENOIT, | ) | |
| | ) | CASE NO. 1:08-cv-00421-TWT |
| Plaintiff, | ) | |
| | ) | |
| vs. | **)** | |
| | ) | |
| **LFP PUBLISHING GROUP, LLC,** | ) | |
| d/b/a Hustler Magazine, et al, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the within and foregoing STIPULATION FOR EXTENSION OF TIME TO RESPOND via the CM/ECF system which will automatically send notification to Plaintiff's attorneys of record, who are participants in the CM/ECF system.

This 21st day of January 2010.

                                                  */s/ Darrell J. Solomon*
                                                  Darrell J. Solomon
                                                  Georgia Bar No. 305922

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia  30308
(404) 527-4000
(404) 527-4198     (facsimile)

ATLANTA:5203892.1