# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MAUREEN TOFFOLONI,** as Administrator and Personal Representative of the ESTATE OF NANCY E. BENOIT,<br><br>Plaintiff,<br><br>vs.<br><br>**LFP PUBLISHING GROUP, LLC,** d/b/a Hustler Magazine, et al,<br><br>Defendant. | CASE NO. 1:08-cv-00421-TWT |

## ~~[PROPOSED]~~ ORDER

Having considered the parties' JOINT CONSENT MOTION FOR ENTRY OF ORDER EXTENDING DISCOVERY DEADLINE, and for the good cause shown, the motion is hereby GRANTED.

It is hereby ORDERED that the discovery deadline is extended until April 26, 2010.

So ORDERED this <u>22nd</u> day of <u>January</u> 2010.

/s/Thomas W. Thrash
Hon. Thomas W. Thrash, Jr.
United States District Judge