# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MAUREEN TOFFOLONI,** as Administrator and Personal Representative of the ESTATE OF NANCY E. BENOIT, | )<br>)<br>)<br>) |
| Plaintiff, | ) CASE NO. 1:08-cv-00421-TWT<br>) |
| vs. | **)**<br>) |
| **LFP PUBLISHING GROUP, LLC,** d/b/a Hustler Magazine, et al, | )<br>) |
| Defendant. | )<br>) |

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to N.D.Ga. LR 26.3(A), Defendant LFP Publishing Group, LLC ("LFP") hereby files its **CERTIFICATE OF SERVICE OF DEFENDANT LFP PUBLISHING GROUP, LLC'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES** upon counsel for Plaintiff by U.S. Mail to:

> Richard Decker, Esq.
> Hallman & Wingate, LLC
> 166 Anderson Street, S.E.
> Suite 210
> Marietta, Georgia 30060

This 26th day of January 2010.

ATLANTA:5204898.1

|  | */s/ Darrell J. Solomon* |
|---|---|
|  | James C. Rawls |
|  | Georgia Bar No. 596050 |
|  | Barry J. Armstrong |
|  | Georgia Bar No. 022055 |
|  | S. Derek Bauer |
|  | Georgia Bar No. 042537 |
|  | Darrell J. Solomon |
|  | Georgia Bar No. 305922 |
| McKENNA LONG & ALDRIDGE LLP | |
| 303 Peachtree Street, NE, Suite 5300 | |
| Atlanta, Georgia 30308 | |
| (404) 527-4000 | |
| (404) 527-4198 (facsimile) | |
|  | *Pro hac vice*: |
|  | Paul J. Cambria, Jr. |
|  | Jeffrey Reina |
|  | William M. Feigenbaum |
| LIPSITZ GREEN SCIME CAMBRIA LLP | |
| 42 Delaware Avenue, Suite 120 | |
| Buffalo, NY 14202-3924 | |
| (716) 849-1333 | |
| (716) 849-1315 (facsimile) | |
|  | Attorneys for LFP Publishing Group, LLC |

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the within and foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to Plaintiff's attorneys of record, who are participants in the CM/ECF system.

This 26th day of January 2010.

                                         */s/ Darrell J. Solomon*
                                         Darrell J. Solomon
                                         Georgia Bar No. 305922