## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MAUREEN TOFFOLONI,**  )<br>as Administrator and Personal  )<br>Representative of the ESTATE  )<br>OF NANCY E. BENOIT,  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  **)**<br>  )<br>**LFP PUBLISHING GROUP, LLC,**  )<br>d/b/a Hustler Magazine, et al,  )<br>  )<br>   Defendant.  ) | CASE NO. 1:08-cv-00421-TWT |

## NOTICE OF SERVICE OF SUBPOENA

TO: Richard P. Decker, Esq.
　　Hallman & Wingate, LLC
　　166 Anderson Street, S.E.
　　Suite 210
　　Marietta, Georgia 30060

**PLEASE TAKE NOTICE** that counsel for Defendant LFP Publishing

Group, LLC will serve a Subpoena commanding appearance to testify at a

deposition and requesting the production of documents upon Mr. Kevin Sullivan.

Respectfully submitted this 4th day of February 2010.

        */s/ Darrell J. Solomon*
Darrell J. Solomon
Georgia Bar No. 305922

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia  30308
(404) 527-4000
(404) 527-4198     (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MAUREEN TOFFOLONI, as Administrator and Personal Representative of the ESTATE OF NANCY E. BENOIT, <br><br>Plaintiff, <br><br>vs. <br><br>**LFP PUBLISHING GROUP, LLC,** d/b/a Hustler Magazine, et al, <br><br>Defendant. | CASE NO. 1:08-cv-00421-TWT |

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the within and foregoing Notice of Service of Subpoena via the CM/ECF system which will automatically send notification to Plaintiff's attorneys of record, who are participants in the CM/ECF system.

This 4th day of February 2010.

                                                        */s/ Darrell J. Solomon*
                                                      Darrell J. Solomon
                                                      Georgia Bar No. 305922

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia  30308
(404) 527-4000
(404) 527-4198     (facsimile)

ATLANTA:5197955.1