## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MAUREEN TOFFOLONI,** ) | |
| as Administrator and Personal ) | |
| Representative of the ESTATE ) | |
| OF NANCY E. BENOIT, ) | |
| ) | CASE NO. 1:08-cv-00421-TWT |
| Plaintiff, ) | |
| ) | |
| vs. **)** | |
| **)** | |
| **LFP PUBLISHING GROUP, LLC,** ) | |
| d/b/a Hustler Magazine, et al, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE OF SUBPOENA

TO:   Richard P. Decker, Esq.
       Hallman & Wingate, LLC
       166 Anderson Street, S.E.
       Suite 210
       Marietta, Georgia 30060

**PLEASE TAKE NOTICE** that counsel for Defendant LFP Publishing

Group, LLC will serve a Subpoena requesting the production of documents upon

World Wrestling Entertainment, Inc.

Dockets.Justia.com

Respectfully submitted this 8th day of February 2010.

_____/s/ Darrell J. Solomon_____
Darrell J. Solomon
Georgia Bar No. 305922

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia  30308
(404) 527-4000
(404) 527-4198     (facsimile)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

MAUREEN TOFFOLONI,    )
as Administrator and Personal    )
Representative of the ESTATE    )
OF NANCY E. BENOIT,    )
    )    CASE NO. 1:08-cv-00421-TWT
    Plaintiff,    )
    )
    vs.    **)**
    )
**LFP PUBLISHING GROUP, LLC,** )
d/b/a Hustler Magazine, et al,    )
    )
    Defendant.    )

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the within and foregoing Notice of Service of Subpoena via the CM/ECF system which will automatically send notification to Plaintiff's attorneys of record, who are participants in the CM/ECF system.

This 8th day of February 2010.

                                      */s/ Darrell J. Solomon*
                                   Darrell J. Solomon
                                   Georgia Bar No. 305922

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198    (facsimile)