## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MAUREEN TOFFOLONI, )<br>as Administrarix and Personal )<br>Representative of the )<br>ESTATE OF NANCY E. BENOIT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LFP PUBLISHING GROUP, LLC, )<br>d/b/a Hustler Magazine, )<br>MARK SAMANSKY, an Individual, )<br>and other distributors and sellers of, )<br>Hustler Magazine, as )<br>Defendants X, Y, and Z, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO. 1:08-CV-0421-TWT |

### CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to N.D.Ga. LR 26.3(A), Defendant LFP Publishing Group, LLC ("LFP") hereby files its Certificate of Service of LFP's Responses to Plaintiff's Second Interrogatories and Plaintiff's Second Request for Production of Documents upon counsel for Plaintiff by U.S. Mail to:

> Richard P. Decker
> HALLMAN & WINGATE, LLC
> 166 Anderson Street, S.E.
> Suite 210
> Marietta, GA  30060

Respectfully submitted this 8th day of February 2010.

/s/ S. Derek Bauer
James C. Rawls
Georgia Bar No. 596050
Barry J. Armstrong
Georgia Bar No. 022055
S. Derek Bauer
Georgia Bar No. 042537
Darrell J. Solomon
Georgia Bar No. 305922

McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198 (facsimile)

*Pro hac vice*:

Paul J. Cambria, Jr.
Jeffrey Reina
William M. Feigenbaum

LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202-3924
(716) 849-1333
(716) 849-1315 (facsimile)

Attorneys for LFP Publishing Group, LLC

# CERTIFICATE OF SERVICE

This is to certify that I have this day filed the within and foregoing **Certificate of Service of Discovery** via the CM/ECF system which will automatically send notification to Plaintiff's attorney of record, who is a participant in the CM/ECF system.

Respectfully submitted this 8th day of February 2010.

*/s/ S. Derek Bauer*
S. Derek Bauer

Attorney for Defendant
LFP PUBLISHING GROUP, LLC

ATLANTA:5189623.1