# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:08-cv-00421-TWT**
**Toffoloni v. LFP Publishing Group, LLC**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Chambers on 02/17/2010.

| | |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M. | COURT REPORTER: Susan Baker |
| TIME COURT CONCLUDED: 10:45 A.M. | DEPUTY CLERK: Sheila Sewell |
| TIME IN COURT: 0:45 | |

ATTORNEY(S) PRESENT: S. Bauer representing LFP Publishing Group, LLC
Richard Decker representing Maureen Toffoloni

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MOTIONS RULED ON: [73]Motion for Protective Order GRANTED IN PART & DENIED IN PART
[75]Motion to Compel GRANTED IN PART & DENIED IN PART

MINUTE TEXT: The Court heard argument on the motions by counsel. The Court treated plaintiff's Motion to Compel also as the response to defendants' motion for protective order. The court ruled as detailed on the record. Mr. Bauer to prepare the order, have reviewed as to form by Mr. Decker and submit to the Court for signature.

HEARING STATUS: Hearing Concluded

Dockets.Justia.com