# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MAUREEN TOFFOLONI,** as Administrator and Personal Representative of the ESTATE OF NANCY E. BENOIT,<br><br>Plaintiff,<br><br>vs.<br><br>**LFP PUBLISHING GROUP, LLC,** d/b/a Hustler Magazine, et al,<br><br>Defendant. | CASE NO. 1:08-cv-00421-TWT |

## ORDER

This matter having come before the Court on Defendant LFP Publishing Group, LLC's ("LFP") Motion for a Protective Order, Docket Index ("D.I.") 73, and Plaintiff's Motion to Compel, D.I. 75, regarding Plaintiff's request for discovery of certain financial information of LFP and non-parties L.F.P., Inc., LE Publishing Advisors, LLC and LE Publishing, LLC (collectively the "Non-Parties") through Plaintiff's First Interrogatories, First Request for Production of Documents, and Notice of Rule 30(b)(6) Deposition to LFP; and the Court having reviewed written submissions and heard oral argument from the parties, the Court

hereby grants in part, and denies in part, Defendant's Motion for Protective Order and Plaintiff's Motion to Compel.

It is HEREBY ORDERED that Defendant's Motion for Protective Order is GRANTED and Plaintiff's Motion to Compel is DENIED with respect to the discovery directed to the Non-Parties (Plaintiff's Interrogatories Nos. 8 & 9; Requests for Production of Documents Nos. 3-4 & 6-7; and Notice of 30(b)(6) Deposition Topic Nos. 4, 9 & 11); and that Defendant's Motion for Protective Order is DENIED and Plaintiff's Motion to Compel is GRANTED with respect to the discovery directed to LFP (Plaintiff's Interrogatory No. 7; Requests for Production of Documents Nos. 2 & 5; and Notice of 30(b)(6) Deposition Topic Nos. 3, 8 & 10.

SO ORDERED, this ____ day of _____ 2010.

Hon. Thomas W. Thrash, Jr.
United States District Court Judge

| PREPARED BY: | APPROVED AS TO FORM: |
|---|---|
| S. Derek Bauer | Richard P. Decker |
| Georgia Bar No. 042537 | Georgia Bar No. 215600 |
| | |
| MCKENNA LONG & ALDRIDGE LLP | HALLMAN & WINGATE, LLC |
| 303 Peachtree Street, Suite 5300 | 166 Anderson Street, S.E. |
| Atlanta, Georgia 30308 | Suite 210 |
| (404) 527-4000 | Marietta, GA 30060 |
| (404) 527-4198 (facsimile) | (404) 588-2530 |
| | |
| Attorneys for LFP Publishing Group, LLC d/b/a Hustler Magazine, et al. | Attorneys for Maureen Toffoloni |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MAUREEN TOFFOLONI,** as Administrator and Personal Representative of the ESTATE OF NANCY E. BENOIT, | ) ) ) ) ) |
| Plaintiff, | ) CASE NO. 1:08-cv-00421-TWT ) ) |
| vs. | **)** ) |
| **LFP PUBLISHING GROUP, LLC,** d/b/a Hustler Magazine, et al, | ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the within and foregoing PROPOSED ORDER via the CM/ECF system which will automatically send notification to Plaintiff's attorneys of record, who are participants in the CM/ECF system.

This 19th day of February 2010.

/s/ S. Derek Bauer
S. Derek Bauer

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198     (facsimile)

ATLANTA:5210307.1

4