UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MAUREEN TOFFOLONI, )<br>as Administrarix and Personal )<br>Representative of the )<br>ESTATE OF NANCY E. BENOIT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LFP PUBLISHING GROUP, LLC, )<br>d/b/a Hustler Magazine, )<br>MARK SAMANSKY, an Individual, )<br>and other distributors and sellers of, )<br>Hustler Magazine, as )<br>Defendants X, Y, and Z, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO. 1:08-CV-0421-TWT |

## **CERTIFICATE OF SERVICE OF DISCOVERY**

COMES NOW, Plaintiff, Maureen Toffoloni, as Administratrix and Personal Representative of the Estate of Nancy E. Benoit, through counsel, pursuant to L.R. 26.3(A) and files this Certificate of Service as follows:

(1) Plaintiff's Third Interrogatories to Defendant, LFP Publishing Group, LLC; and

(2) Plaintiff's Third Request for Production of Documents to Defendant, LFP Publishing Group, LLC,

were served upon counsel of record by United States Mail to the following address:

Barry J. Armstrong, Esq.
James Clifton Rawls, Esq.
S. Derek Bauer, Esq.
Darrell Jay Solomon, Esq.
McKenna, Long & Aldridge
303 Peachtree Street, N.E.
Suite 5300
Atlanta, GA 30308

William M. Feigenbaum, Esq.
Jeffrey F. Reina, Esq.
Paul J. Cambria, Esq.
Lipsitz, Green, Scime, Cambria, LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

Respectfully submitted February 24, 2010.

                 */s/ Richard P. Decker*
                 RICHARD P. DECKER
                 State Bar of Georgia #215600

                 For HALLMAN & WINGATE, LLC
                 Attorneys for Plaintiff

166 Anderson Street, S.E.
Suite 210
Marietta, Georgia 30060
(404) 588-2530

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MAUREEN TOFFOLONI, ) <br> as Administrarix and Personal ) <br> Representative of the ) <br> ESTATE OF NANCY E. BENOIT, ) <br> ) <br>      Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LFP PUBLISHING GROUP, LLC, ) <br> d/b/a Hustler Magazine, ) <br> MARK SAMANSKY, an Individual, ) <br> and other distributors and sellers of, ) <br> Hustler Magazine, as ) <br> Defendants X, Y, and Z, ) <br> ) <br>      Defendants. ) | CIVIL ACTION <br> FILE NO. 1:08-CV-0421-TWT |

## **CERTIFICATE OF SERVICE**

This is to certify that on February 24, 2010, I have electronically filed the foregoing Certificate of Service of Discovery with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

3197-007\\Pleading\33632.wpd

James Clifton Rawls, Esq.
S. Derek Bauer, Esq.
Barry J. Armstrong, Esq.
Darrell Jay Solomon, Esq.
Jeffrey F. Reina, Esq.
Paul J. Cambria, Esq.

and by placing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

William M. Feigenbaum, Esq.
Lipsitz, Green, Scime, Cambria, LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

                              */s/ Richard P. Decker*
                              RICHARD P. DECKER
                              State Bar of Georgia #215600

                              For HALLMAN & WINGATE, LLC
                              Attorneys for Plaintiff

166 Anderson Street, S.E.
Suite 210
Marietta, Georgia  30060
(404) 588-2530