# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MAUREEN TOFFOLONI,** as Administrator and Personal Representative of the ESTATE OF NANCY E. BENOIT, <br><br> Plaintiff, <br><br> vs. <br><br> **LFP PUBLISHING GROUP, LLC,** d/b/a Hustler Magazine, et al, <br><br> Defendant. | CASE NO. 1:08-cv-00421-TWT |

## NOTICE OF SERVICE OF SUBPOENA

TO: Richard P. Decker, Esq.
Hallman & Wingate, LLC
166 Anderson Street, S.E.
Suite 210
Marietta, Georgia 30060

**PLEASE TAKE NOTICE** that counsel for Defendant LFP Publishing Group, LLC will serve a Subpoena commanding appearance to testify at a deposition and requesting the production of documents upon Mr. James Daus.

Respectfully submitted this 3rd day of March 2010.

/s/ Darrell J. Solomon
Darrell J. Solomon
Georgia Bar No. 305922

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198 (facsimile)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MAUREEN TOFFOLONI, as Administrator and Personal Representative of the ESTATE OF NANCY E. BENOIT, <br><br> Plaintiff, <br><br> vs. <br><br> **LFP PUBLISHING GROUP, LLC,** d/b/a Hustler Magazine, et al, <br><br> Defendant. | CASE NO. 1:08-cv-00421-TWT |

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the within and foregoing Notice of Service of Subpoena via the CM/ECF system which will automatically send notification to Plaintiff's attorneys of record, who are participants in the CM/ECF system.

This 3rd day of March 2010.

                                                          */s/ Darrell J. Solomon*
                                                          Darrell J. Solomon
                                                          Georgia Bar No. 305922

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia  30308
(404) 527-4000
(404) 527-4198     (facsimile)

ATLANTA:5197944.3