# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MAUREEN TOFFOLONI,** as Administrator and Personal Representative of the ESTATE OF NANCY E. BENOIT, <br><br> Plaintiff, <br><br> vs. <br><br> **LFP PUBLISHING GROUP, LLC,** d/b/a Hustler Magazine, et al, <br><br> Defendant. | CASE NO. 1:08-cv-00421-TWT |

## NOTICE OF DEPOSITION

To: Maureen Toffoloni, Plaintiff
     c/o Richard Decker, her attorney
     HALLMAN & WINGATE, LLC
     166 Anderson Street, S.E.
     Suite 210
     Marietta, Georgia 30060

PLEASE TAKE NOTICE that on Friday, April 2, 2010, beginning at 2:30 P.M., Defendant LFP Publishing Group, LLC, d/b/a Hustler Magazine, et al., by and through its attorneys, will take the deposition of Plaintiff Maureen Toffoloni, upon oral examination, for purposes of discovery, cross-examination and all proper purposes under the Federal Rules of Civil Procedure, before a Notary Public or some other officer duly authorized by law to administer oaths.

The deposition is to be taken for use in this action, in the United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action File Number 1:08-CV-00421-TWT.

The deposition of Ms. Toffoloni will take place at DeLand Artisan Inn, 215 South Woodland Blvd., DeLand, Florida 32720. The deposition will be recorded both stenographically and by videotape.

Respectfully submitted this 3rd day of March 2010.

/s/ Darrell J. Solomon
James C. Rawls
Georgia Bar No. 596050
Barry J. Armstrong
Georgia Bar No. 022055
S. Derek Bauer
Georgia Bar No. 042537
Darrell J. Solomon
Georgia Bar No. 305922

McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198 (facsimile)

*Pro hac vice*:

Paul J. Cambria, Jr.
Jeffrey Reina
William M. Feigenbaum

LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202-3924
(716) 849-1333
(716) 849-1315 (facsimile)

Attorneys for LFP Publishing Group, LLC

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the within and foregoing **NOTICE OF DEPOSITION** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to Plaintiff's attorneys of record, who are participants in the CM/ECF system.

This 3rd day of March 2010.

        */s/ Darrell J. Solomon*
Darrell J. Solomon
Georgia Bar No. 305922