### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MAUREEN TOFFOLONI,** )<br>as Administrator and Personal )<br>Representative of the ESTATE )<br>OF NANCY E. BENOIT, )<br>                                                 )<br>        Plaintiff,              )<br>                                                 )<br>    vs.                           **)**<br>                                                 )<br>**LFP PUBLISHING GROUP, LLC,** )<br>d/b/a Hustler Magazine, et al,  )<br>                                                 )<br>        Defendant.            ) | CASE NO. 1:08-cv-00421-TWT |

### NOTICE OF SERVICE OF SUBPOENA

TO:  Richard P. Decker, Esq.
     Hallman & Wingate, LLC
     166 Anderson Street, S.E.
     Suite 210
     Marietta, Georgia  30060

**PLEASE TAKE NOTICE** that counsel for Defendant LFP Publishing

Group, LLC will serve a Subpoena commanding appearance to testify at a

deposition and requesting the production of documents upon Mr. William Otten.

Respectfully submitted this 4th day of March 2010.

        */s/ Darrell J. Solomon*
Darrell J. Solomon
Georgia Bar No. 305922

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198    (facsimile)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MAUREEN TOFFOLONI,** as Administrator and Personal Representative of the ESTATE OF NANCY E. BENOIT, <br><br> Plaintiff, <br><br> vs. <br><br> **LFP PUBLISHING GROUP, LLC,** d/b/a Hustler Magazine, et al, <br><br> Defendant. | CASE NO. 1:08-cv-00421-TWT |

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the within and foregoing Notice of Service of Subpoena via the CM/ECF system which will automatically send notification to Plaintiff's attorneys of record, who are participants in the CM/ECF system.

This 4th day of March 2010.

                                                     */s/ Darrell J. Solomon*
                                                   Darrell J. Solomon
                                                   Georgia Bar No. 305922

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198    (facsimile)

ATLANTA:5213037.1