Toffoloni v. LFP Publishing Group, LLC    Doc. 97

AO 88A (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| MAUREEN TOFFOLONI,<br>*Plaintiff*<br><br>v.<br><br>LFP PUBLISHING GROUP, LLC, d/b/a Hustler Magazine, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:08-CV-0421-TWT<br><br>(If the action is pending in another district, state where:<br>NORTHERN DISTRICT OF GEORGIA) |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## AND TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:   James Daus
      2620 Pheasant Village, DeLand, FL 32720

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment.

| Place: | DeLand Artisan Inn<br>215 South Woodland Blvd.<br>DeLand, FL 32720; (386) 736-3484 | Date and Time:<br><br>April 2, 2010, 9:30 a.m. |
|---|---|---|

The deposition will be recorded by this method: <u>Court reporter and videotape</u>

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

   See "Exhibit A," attached hereto

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: <u>March 3, 2010</u>

           *CLERK OF COURT*
                                                          OR      /s/ [signature]
_____                                    _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* <u>Defendant LFP Publishing Group, LLC, d/b/a Hustler Magazine</u>, who issues or requests this subpoena, are:
S. Derek Bauer, McKenna Long & Aldridge LLP
303 Peachtree Street, NE, Suite 5300, Atlanta, GA 30308
<u>dbauer@mckennalong.com</u>; (404) 527-4195

Dockets.Justia.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

MAUREEN TOFFOLONI, )
as Administrator and Personal )
Representative of the ESTATE )
OF NANCY E. BENOIT, )
) CASE NO. 1:08-cv-00421-TWT
Plaintiff, )
)
vs. )
)
LFP PUBLISHING GROUP, LLC, )
d/b/a Hustler Magazine, et al, )
)
Defendant. )

## ACKNOWLEDGEMENT OF SERVICE AND WAIVER

I, James Daus, hereby acknowledge service of the Subpoena to Testify at a Deposition (the "Subpoena") issued by S. Derek Bauer on March 3, 2010, compelling my appearance at a deposition on April 2, 2010 at 9:30 a.m. at the DeLand Artisan Inn, 215 South Woodland Blvd., DeLand, Florida 32720. I further acknowledge having received the proper statutory witness fee in the amount of $46.60. I hereby waive any objection to the sufficiency of service of the Subpoena and will not raise process or service of process in defense of the Subpoena.

This 4th day of March 2010.

_____
James Daus, Deponent